**Writ of Habeas Corpus Dismissed, Opinion issued February 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00139-CV

### IN RE DAVID L. MILLER, Relator

**Original Proceeding from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F03-73517-H**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Fillmore
Opinion by Justice Francis

Before the Court is relator's "motion for due course of law." Because relator seeks to set aside his conviction on the ground that his counsel was ineffective, we treat this filing as a petition for writ of habeas corpus. This Court has no jurisdiction over habeas corpus proceedings in which the relator seeks relief from a felony judgment after final conviction. *See* TEX. CODE CRIM. PROC. ANN. Art. 11.07 (West Supp. 2010). Only the Court of Criminal Appeals has jurisdiction over such petitions. Accordingly, we **DISMISS** relator's petition for a writ of habeas corpus for want of jurisdiction.

/Molly Francis/
MOLLY FRANCIS
JUSTICE

130139F.P05